

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00076-CR

_____

DONTAVIOUS TERRELL REDMOND, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2017F00119

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

MEMORANDUM OPINION

A jury convicted Dontavious Terrell Redmond of aggravated sexual assault of a child and assessed a sentence of twenty-five years' imprisonment, which the trial court imposed. Redmond appeals.

In cause number 06-17-00075-CR, Redmond also appeals from another conviction for aggravated sexual assault of a child. Redmond has filed a single brief in which he raises issues common to both of his appeals. Specifically, Redmond argues (1) that the juvenile court had exclusive jurisdiction over the proceedings because a motion to transfer proceedings to the district court was never filed, (2) that the trial court erred in refusing Redmond's request that his status as a juvenile had already been established in the juvenile proceeding, and (3) that the trial court violated his "SIXTH AMENDMENT RIGHTS TO CONFRONTATION AND PRODUCTION OF EVIDENCE" by excluding the records of the juvenile proceeding "WHICH WOULD HAVE SHOWN BIAS ON BEHALF OF THE STATE'S WITNESSES."

We addressed these issues in detail in our opinion of this date on Redmond's appeal in cause number 06-17-00075-CR. For the reasons stated therein, we likewise conclude (1) that Redmond's first two points of error must be overruled because (a) Redmond was not a juvenile when he was arrested, indicted, or tried, and (b) the district court had jurisdiction over these proceedings, and (2) that Redmond has failed to preserve his third point error.

We affirm the trial court's judgment.


Ralph K. Burgess
Justice

Date Submitted:     December 21, 2017
Date Decided:       December 22, 2017

Do Not Publish